UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PEGGY LAGROW,

  Plaintiff,

-vs-

PROG LEASING, LLC, d/b/a PROGRESSIVE LEASING,   CASE NO.: 3:17-CV-00700

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Peggy LaGrow, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 6, 2018

                                              */s/Octavio Gomez*
                                              Octavio "Tav" Gomez, Esquire
                                              Admitted Pro Hac Vice
                                              Florida Bar No.: 338620
                                              Morgan & Morgan, Tampa, P.A.
                                              201 North Franklin Street, 7th Floor
                                              Tampa, Florida 33602
                                              Telephone: (813) 223-5505
                                              Facsimile: (813) 223-5402
                                              Primary Email: TGomez@ForThePeople.com
                                              Secondary Email: MMartinez@ForThePeople.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

                                             */s/ Octavio Gomez*
                                             Octavio "Tav" Gomez, Esquire
                                             Admitted Pro Hac Vice
                                             Florida Bar #: 0338620