IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEGGY LAGROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00700 |
| ) | Judge Trauger |
| PROG LEASING, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 9th day of April 2018.

_____
ALETA A. TRAUGER
U.S. District Judge